No. 66393.—Ross Products, Inc. *v.* United States, protest 59/33717 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of articles of colored decorated glass which are ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 66394.—Ross Products, Inc. *v.* United States, protests 59/15573 and 60/8723 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.

No. 66395.—F. W. Woolworth Co. *v.* United States, protest 59/23343 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.

No. 66396.—Charles C. Merzbach et al. *v.* United States, protests 298893–K, etc. (New York).